In the Matter of the Judicial Settlement of the Accounts of ELWIN L. GARDNER, as Executor, etc., of JOHN H. KLOCK, Deceased.— Decree, so far as appealed from, affirmed, with costs. All concur. (The portion of the decree appealed from allows a claim against decedent's estate for service performed.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

LEWIS E. FREEMAN, Respondent, v. TOWN OF WESTFIELD OF CHAUTAUQUA COUNTY, NEW YORK, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of the defendant was against the weight of the evidence. All concur. (The judgment is for plaintiff in an action for damages for the death of a horse caused by negligence in the maintenance of a road. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

ERNEST A. JOHNSON, Appellant, and FLORENCE JOHNSON, Respondent, v. FRED STORK and HULETT H. GOFF, Respondents, Appellants.— Judgment modified by striking out provision for costs in favor of defendants Stork and Goff, and as modified is, together with the order, affirmed, with costs to the plaintiff Florence Johnson, and without costs in favor of any other party. All concur. (The judgment awards damages to plaintiff Florence Johnson and dismisses the complaint of Ernest A. Johnson, in a negligence action. The order denies defendant's motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

HERMAN BUSHOVER, Respondent, v. THE CITY OF NORTH TONAWANDA, NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries caused by explosion of a drum in a public street.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.